# UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| DESIGNERS EDGE, INC.,<br><br>      Plaintiff,<br>vs.<br><br>NATIONAL - JLR GEAR, et al.,<br><br>      Defendant. | C06-612 MJB<br><br>**MINUTE ORDER** |

  The above referenced case has been initially assigned to the Honorable Monica J. Benton, United States Magistrate Judge, subject to the consent of the parties pursuant to 28 U.S.C. 636(c)(1)(C).

  On May 8, 2006, notice of the parties rights with regard to consenting to the case being assigned to Magistrate Judge Benton for all purposes was filed by the Clerk of Court. The parties were advised they had until June 19, 2006, to consent, if they wished.

  In the interim, a Motion to Dismiss and to Strike has been filed and noted for June 23, 2006. Accordingly, pending dates are adjusted as follows:

Consent to Assignment to Magistrate Judge Benton . . . . . . . . . . . . . . . . . . June 15, 2006

  In the event the parties (or any party) choose not to consent, the case will be reassigned to a District Judge.

1

2   Dated this 8th day of June, 2006

3

4   Bruce Rifkin
    Clerk of Court

5

6   by:  /s/   PETER H. VOELKER
              Peter H. Voelker, Deputy Clerk

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28