UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

DESIGNERS EDGE, INC.,

        Plaintiff,

vs.

NATIONAL - JLR GEAR, et al.,

        Defendant.

C06-612 RSM

**MINUTE ORDER**

**REASSIGNING CASE**

     Pursuant to the Amended General Order entered by the Chief Judge on November 3, 2004, this action has been reassigned to the Honorable Ricardo S. Martinez, United States District Judge.

     All future documents filed in this case must bear the cause number C06-612 RSM and bear the Judge's name in the upper right hand corner of the document.

Dated this 19th day of June, 2006

BRUCE RIFKIN
Clerk of Court

by: /s/   PETER H. VOELKER
       Peter H. Voelker, Deputy Clerk